UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

> Motion GRANTED. Hearing set for 5/13/14 at 10:30 a.m.
>
> /s/ Aleta A. Trauger

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| | ) | No. 3:13-00122 |
| v. | ) | Aleta A. Trauger |
| | ) | Judge, U.S. District Court |
| | ) | |
| JAMES ROBERT JONES | ) | |

## MOTION TO SET FOR PLEA HEARING

Defendant James Robert Jones respectfully requests that the Court set this case for a plea hearing because he and the government have reached a plea agreement. Counsel for each party are available for a plea hearing the week of May 12, 2014, and Jones requests that the hearing be set during that week.

Respectfully submitted,

s/ *Dumaka Shabazz*
DUMAKA SHABAZZ (BPR#022278)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of May, 2014, I electronically filed the foregoing Motion to Set Plea Hearing with the Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to William Francis Abely, II, Assistant U.S. Attorney, 110 9th Avenue South, Suite A-961, Nashville, TN 37203-3870.

s/ *Dumaka Shabazz*
DUMAKA SHABAZZ