UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

==Motion GRANTED. Hearing reset for 10/6/14 at 10:30 a.m.==

*/s/ Aleta A. Trauger*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:13-00122 |
| v. | ) | Aleta A. Trauger |
| | ) | Judge, U.S. District Court |
| JAMES ROBERT JONES | ) | |

## MOTION TO CONTINUE SENTENCING HEARING

Comes now the defendant, James Robert Jones, by and through counsel, and hereby moves this Honorable Court to continue the sentencing hearing in the above styled cause, presently set for August 11, 2014. In support of this motion, counsel states that he is still gathering information ranging from banking to military records that will be relevant to the Sentencing Report.

The U.S. Probation Office supports this continuance, and Assistant United States Attorney William Abely has authorized undersigned counsel to state that he has no opposition to this motion to continue.

A continuance of forty-five (45) days from August 11, 2014, is requested.

Respectfully submitted,

s/ *Dumaka Shabazz*
DUMAKA SHABAZZ (BPR#022278)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047