UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

> **Motion GRANTED. Hearing reset for 12/3/14 at 2:30 p.m.**
>
> */s/ Aleta A. Trauger*

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | No. 3:13-00122 |
| v. | ) | Aleta A. Trauger |
| | ) | Judge, U.S. District Court |
| JAMES ROBERT JONES | ) | |

## MOTION TO CONTINUE SENTENCING HEARING

Comes now the defendant, James Robert Jones, by and through counsel, and hereby moves this Honorable Court to continue the sentencing hearing in the above styled cause, presently set for October 6, 2014. In support of this motion, counsel states that the U.S. Probation Officer previously assigned to the case has accepted another position and will be leaving the U.S. Probation Office. Counsel has been notified that the new officer will need additional time to complete the PSR.

The U.S. Probation Office supports this continuance, and Assistant United States Attorney William Abely has authorized undersigned counsel to state that he has no opposition to this motion to continue.

A continuance of forty-five (45) days from October 6, 2014, is requested. Counsel requests early December if available.

Respectfully submitted,

s/ *Dumaka Shabazz*
DUMAKA SHABAZZ (BPR#022278)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047