| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Tran. Court)* 0650 3:13CR00122 - 1 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: James R. Jones | DISTRICT Middle District of Tennessee | DIVISION NASHVILLE |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Aleta A. Trauger, U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 09/15/2017 | TO 09/14/2019 |

OFFENSE
Ct. 1: Bank Fraud, 18:1344, Class B Felony; Ct. 3: False Statement to Financial Institution, 18:1014, Class B Felony; Ct. 5: False Statement, 18:1001, Class D Felony; Ct. 6: Tampering with a Witness/Victim/Informant, 18:1512.

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the _Western District of Texas_ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

1-24-18
Date

*(signature)*
U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

United States District Court for the WESTERN DISTRICT OF TEXAS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____
Effective Date

_____
U.S. District Judge

Assigned Officer Initials (JPP)